# 8340

No. 8340

JAMES W. HOOLEY METAL WORKS

VS

GEORGE SCHWARTZ   #8340

Filed July 19/1921

# 8340

# 8340

COURT OF APPEAL, PARISH OF ORLEANS.

HOOLEY METAL WORKS : NO.8540)

VS. : COURT OF APPEAL

GEORGE SCHWARTZ. : PARISH OF ORLEANS

: : : : : : : : : : : : : : :

On motion of GEORGE SCHWARTZ, defendant and appellant in the above entitled and numbered cause, through his attorneys, Merrick & Schwarz and Morris B. Redmann, and on suggesting to the Court that the appeal herein was inadvertently taken to this Court instead of to the Supreme Court of the State of Louisiana, and on further suggesting that this Court is without jurisdiction ratione materiae, for the reason that the amount exceeds Two Thousand ($2,000.00) Dollars, and on further suggesting that mover desires to have this cause transferred to the Supreme Court of the State of Louisiana, in accordance with the provisions of Act 19 of 1912:

Per Curiam: IT IS ORDERED BY THE COURT, That the above entitled and numbered cause be transferred to the Honorable The Supreme Court of the State of Louisiana and that, accordingly, the record herein be sent to the District Court, with instructions to make a transcript thereof, in accordance with the rules of the Supreme Court, and that the said transcript be lodged in the Supreme Court, not later than the 15th day of September, 1921, together with an affidavit of the appellant, or of counsel, that the appeal herein has not been taken for purposes of delay.

New Orleans, Louisiana,
July 1921.

_____
JUDGE.

APPROVED AND SUBMITTED _____
ATTORNEYS FOR PLAINTIFF AND APPELLEE.

Court of Appeal
PARISH OF ORLEANS
FILED 19/21
Stansbury

See before

697